JO ANN HAUSMAN v. DEPARTMENT OF INSTITUTIONS AND AGENCIES, DIVISION OF PUBLIC WELFARE.

September 19, 1973. Petition for certification granted. (See 124 *N. J. Super.* 139)

MAL BROTHERS CONTRACTING CO. v. DIRECTOR, DIVISON OF TAXATION, DEPARTMENT OF THE TREASURY.

September 19, 1973. Petition for certification denied. (See 124 *N. J. Super.* 55)

STATE OF NEW JERSEY v. JOHN PATRICK WHITE.

September 19, 1973. Petition for certification denied.

CEDAR RIDGE v. TOWNSHIP OF BERKELEY.

September 19, 1973. Petition for certification denied.

AARON HEINE v. M R S ALL STAR, INC.

September 19, 1973. Petition for certification denied.

RUTH ROSENTHAL v. ABE ROSENTHAL.

September 19, 1973. Petition for certification denied.